Victor CASAUS, Plaintiff—Appellant,

v.

Miguel M. CASTELLANOS, "Probate Estate," dba Casa De Miguel, Inc., aka Miguel Montes, Miguel C. Montes, Miguel Montes Castellanos; et al., Defendants—Appellees.

No. 01–55586.

D.C. No. CV–00–00444–VAP.

United States Court of Appeals, Ninth Circuit.

Submitted March 11, 2002.*

Decided March 21, 2002.

Before CANBY, BEEZER, and PAEZ, Circuit Judges.

## MEMORANDUM**

Victor Casaus appeals pro se the district court's judgment dismissing, inter alia, three defendants for improper service. We have jurisdiction pursuant to 28 U.S.C. § 1291. We conclude that the district court abused its discretion by dismissing defendants Jeffrey Dickinson, Eduardo Montes, and Miguel Montes, Jr. because they entered a general appearance in this case. *See Jackson v. Hayakawa*, 682 F.2d 1344, 1347 (9th Cir.1982). We vacate the district court's dismissal, and remand for further proceedings on Casaus's intentional misrepresentation claim as to these three defendants.

**VACATED and REMANDED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

